IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

UNITED STATES OF AMERICA                                                                                          PLAINTIFF

v.                                            Case No. 1:13-cr-10027-001

BRIAN D. CHARLES, aka "BC"                                                                                      DEFENDANT

## ORDER

Before the Court is the Motion for Dismissal of the Indictment filed by the United States of America.  (ECF No. 26).  The United States moves to dismiss the current Indictment in the above-captioned matter pursuant to Federal Rule of Criminal Procedure 48(a).  Rule 48(a) permits "the government . . ., with leave of the court, [to] dismiss an indictment, information, or complaint."  Accordingly, the Indictment and the forfeiture allegation of the Indictment filed on September 18, 2013 against Brian D. Charles, aka "BC" is **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED, this 16th day of April, 2015.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge